JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SEBASTIAN TOL TOL,

Petitioner,

v.

FERETI SEMAIA, *et al.*,

Respondents.

Case No. ED CV 26-01920-DMG (RAO)

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of Petitioner and against Respondents in accordance with the Order.  The Order constitutes final disposition of the Petition by the Court.

**IT IS SO ORDERED.**

DATED:  April 27, 2026

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE